## Pittaulis Liquor License Case.

Argued September 23, 1970.
*Samuel Rappaport,* with him *Joseph Rappaport,* and

*Rappaport & Furman,* for appellant; *Bruce W. Kauff-man,* with him *David Pittinsky, Bernard Eskin, H. Robert Fiebach,* and *Dilworth, Paxson, Kalish, Levy & Coleman,* and *Wolf, Block, Schorr & Solis-Cohen,* for Food Distribution Center, appellee; *I. Harry Checchio,* Special Assistant Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.